# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MILLWORKS CORPORATION, etc., <br><br> Plaintiff(s), <br><br> v. <br><br> TRUSEAL TECHNOLOGIES, INC., et al., <br><br> Defendant(s). | CASE NO. CV08-1032-AHM (Ex) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Date: November 7, 2008

**Make JS-6**

A. Howard Matz
United States District Court Judge